FILED IN CHAMBERS
U.S.D.C. Rome

AUG 30 2011

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

UNITED STATES OF AMERICA

v.

TURHAN JAMAR LAMONS,

    Defendant.

CRIMINAL ACTION
NO. 4:03-CR-46

CIVIL ACTION
NO. 4:09-CV-180-RLV

## O R D E R

After carefully considering the report and recommendation of the magistrate judge, together with the objections thereto, the court adopts the report and recommendation as the opinion and order of this court. After making a de novo review of the record, this court specifically finds the testimony of Bruce Harvey to be more credible than the testimony of the movant and his mother. Mr. Harvey is a well-respected member of the bar of this court, and the undersigned has always found him to be professional, honest, and zealous in the defense of his clients. The movant, on the other hand, as pointed out in the report and recommendation, has a propensity to lie.

SO ORDERED, this 30th day of August, 2011.

_____
ROBERT L. VINING, JR.
Senior United States District Judge